UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 1:08-cr-20 |
| vs. | ) | |
| | ) | JUDGE COLLIER |
| SERGIO GUZMAN-PACHECO | ) | MAGISTRATE JUDGE CARTER |

MEMORANDUM & ORDER
ARRAIGNMENT ON INDICTMENT

In accordance with Rule 10 of the Federal Rules of Criminal Procedure, an arraignment of the defendant SERGIO GUZMAN-PACHECO on the indictment returned by the Grand Jury was held before the undersigned on March 13, 2008.

Those present for the hearing included:

(1) AUSA Terra Bay for the USA.
(2) Defendant SERGIO GUZMAN-PACHECO.
(3) Atty. Mary Ellen Coleman for defendant.
(4) Courtroom Deputy Pam Scott.
(5) Spanish Interpreter Ellen Jamison by telephone.

After being sworn in due form of law the defendant was informed or reminded of his privilege against self-incrimination accorded under the 5th Amendment to the United States Constitution. The person present was the defendant named in the indictment.

The defendant acknowledged having been provided with a copy of the indictment. The defendant waived reading of the indictment in open court and the he entered not guilty pleas to each count of the indictment.

Presently, the case is assigned the dates set forth in a separate Discovery and Scheduling Order.

ENTER.

Dated: March 13, 2008              s/William B. Mitchell Carter
                                   UNITED STATES MAGISTRATE JUDGE